IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JODI L. MEEK,

    Plaintiff,             Civ. No. 3:16-cv-02153CL

    v.             ORDER

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____

MCSHANE, Judge:

    Magistrate Judge Mark Clarke filed a Findings and Recommendation (#16), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#16) is adopted. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

    DATED this 23rd day of October, 2017.

                                                                   _____/s/ Michael J. McShane_____
                                                                         Michael McShane
                                                                United States District Judge